# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

MOHAMMED KWANING,

*Plaintiff(s)*

v.                                   Civil Action No. 5:22-CV-1O

ACTING WARDEN RYAN McCAFFREY,

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:  The petition in this case is hereby DENIED and DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. The Court hereby DIRECTS the Clerk to STRIKE this matter from the active docket of this Court. Judgment is entered in favor of the respondent.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge   John Preston Bailey

Date:   1/19/2022

*CLERK OF COURT*
Cheryl Dean Riley
/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*